## AUTOMOBILE SECURITY CORP. v. McESTOW

---

(June 24, 1929. Opinion and Decree.)

---

George Untereiner, of New Orleans, attorney for plaintiff, appellant.

Cyril Dumaine, of New Orleans, attorney for defendant, appellee.

PER CURIAM. The issues of fact which alone are involved in this litigation seem to have been correctly determined by the trial court.

The judgment appealed from is, therefore affirmed.